## Commonwealth *v.* Werner, Appellant.

Argued December 7, 1973. *Richard P. Nuffort,* with him

*Geisenberger, Zimmerman, Pfannebecker & Gibbel,* for appellant; *Louise G. Herr,* Assistant District Attorney, with her *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN and SPAETH, JJ., concur in the result.

SPAULDING, J., absent.